No. 92–1093.  LEBBOS *v.* ARGUELLES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–1096.  SIEU MEI TU ET AL. *v.* SOUTHERN PACIFIC TRANSPORTATION CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–1098.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–1100.  NORTON *v.* ROSEN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–1101.  KIMBALL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–1103.  HENKEL CORP. *v.* TUCK.  C. A. 4th Cir.  Certiorari denied.

No. 92–1108.  PERFORMANCE INDUSTRIES, INC. *v.* MORTON INTERNATIONAL, INC.  C. A. 3d Cir.  Certiorari denied.

No. 92–1109.  JOHNSTON ET VIR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–1111.  CITY OF CINCINNATI ET AL. *v.* KUNTZ.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 92–1112.  PELE DEFENSE FUND *v.* PATY, CHAIRMAN, BOARD OF LAND AND NATURAL RESOURCES OF HAWAII, ET AL.  Sup. Ct. Haw.  Certiorari denied.

No. 92–1115.  KRUEGER *v.* BOARD OF PROFESSIONAL DISCIPLINE OF THE IDAHO STATE BOARD OF MEDICINE.  Sup. Ct. Idaho.  Certiorari denied.

No. 92–1116.  ORTIZ *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–1117.  HALL *v.* CONWAY ET AL.; and
No. 92–1118.  CAMOSCIO *v.* CONWAY ET AL.  App. Ct. Mass.  Certiorari denied.  Reported below: 32 Mass. App. 1103, 585 N. E. 2d 764.